1
2
3     UNITED STATES DISTRICT COURT
      EASTERN DISTRICT OF WASHINGTON
4

5  | SHARON LEIFER AND DANIEL J.
6  | BROWN, on their behalf and on        NO. CV-07-0384-EFS
   | behalf of all others similarly
7  | situated,

8  |            Plaintiffs,               **ORDER DISMISSING LAWSUIT**
                                          **PURSUANT TO STIPULATION**
9  |       v.

10 | SAFECO INSURANCE COMPANY OF
   | ILLINOIS, a foreign insurer; and
11 | CCC INFORMATION SERVICES INC., a
   | foreign insurer,
12
   |            Defendants.
13

14   On October 5, 2010, the parties filed a Stipulation of Dismissal

15 with Prejudice. (Ct. Rec. 199.) Based on the parties' stipulation, **IT**

16 **IS HEREBY ORDERED:**

17   1. Plaintiffs' First Amended Complaint for Damages and Injunctive

18 Relief **(Ct. Rec. 52)** is **DISMISSED with prejudice** without costs to any

19 party.

20   2. This file shall be closed.

21   3. All pending motions are **DENIED** as moot.  All hearings are

22 **STRICKEN**.

23 ///

24 ///

25 //

26 /


ORDER ~ 1

1  **IT IS SO ORDERED.** The District Court Executive is directed to enter
2  this Order and provide copies to counsel.
3      **DATED** this ____5th____ day of October 2010.
4
5                      S/ Edward F. Shea
                      EDWARD F. SHEA
6                United States District Judge
7
  Q:\Civil\2007\0384.stip.dism.wpd
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER ~ 2